474 A.2d 646

Commonwealth v. Walker, Appellant.

Petition for Allowance of Appeal
Denied July 17, 1984.

Submitted October 20, 1983. David M. Seltzer, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and HOFFMAN, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Levy Anderson is affirmed.